# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
_____Richmond_____ **Division**

In re: Annie Mae Robinson

Case No. 09-30982-KRH

Chapter 13

Debtor(s)

## ORDER VACATING DISCHARGE OF DEBTOR(S)

A Discharge of Debtor(s) was entered on the docket on  Mar 7, 2014                        . The Court has determined that the discharge was entered inadvertently, due to administrative error; and it is, therefore,

**ORDERED,** that the Discharge of Debtor(s) is **VACATED,** without prejudice as to further proceedings.

Date: Mar 18 2014                    /s/ Kevin R. Huennekens                    
United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:  Mar 19 2014      

[ver. 12/03]